IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-0041 |
| SATIEK DUNCAN | : | |

**ORDER**

AND NOW, this 28th day of April, 2014, upon consideration of the Government's Unopposed Motion to Dismiss Counts Four and Five of Criminal Indictment No. 13-0041, it is hereby

ORDERED

that the motion is granted and these counts are dismissed.

BY THE COURT:

HONORABLE MICHAEL M. BAYLSON
Judge, United States District Court